UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BLANCHE BARBER, individually,
and a class of similarly situated
individuals,

Plaintiff,

v.

CHARTER TOWNSHIP OF SPRINGFIELD,
et al.,

Defendants.
_____/

Case No. 19-13519

Honorable Nancy G. Edmunds

## JUDGMENT

In accordance with the Court's order granting Defendants' motion for judgment on the pleadings entered this date,

**IT IS ORDERED AND ADJUDGED** that judgment is hereby **GRANTED** in favor of Defendants and this case is **DISMISSED**.

**SO ORDERED**.

s/Nancy G. Edmunds
Nancy G. Edmunds
United States District Judge

Dated: December 3, 2020

I hereby certify that a copy of the foregoing document was served upon counsel of record on December 3, 2020, by electronic and/or ordinary mail.

s/Lisa Bartlett
Case Manager

2