# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: May 03, 2022

Ms. Kinikia D. Essix
Eastern District of Michigan at Detroit
231 W. Lafayette Boulevard
Fifth Floor Theodore Levin U.S. Courthouse
Detroit, MI 48226-0000

Re: Case No. 20-2297, *Blanche Barber v. Charter Twp of Springfield, et al*
Originating Case No. 2:19-cv-13519

Dear Ms. Essix:

Enclosed is a copy of the mandate filed in this case.

Sincerely yours,

s/Patricia J. Elder, Senior Case Manager
for Roy Ford, Case Manager

cc: Mr. Jeffrey Charles Gerish
    Mr. Daniel A Klemptner
    Mr. Gregory Keith Need
    Mr. Thomas Daniel Noonan
    Ms. Ann Marie Pervan

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 20-2297

_____

Filed: May 03, 2022

BLANCHE BARBER, Individually, and a class of similarly situated individuals

    Plaintiff - Appellant

v.

CHARTER TOWNSHIP OF SPRINGFIELD, MI; CHARTER TOWNSHIP OF SPRINGFIELD, MI PARKS AND RECREATION; OAKLAND COUNTY, MI; OAKLAND COUNTY PARKS AND RECREATION COMMISSION

    Defendants - Appellees

## MANDATE

Pursuant to the court's disposition that was filed 04/11/2022 the mandate for this case hereby issues today.

COSTS: None