UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

BLANCHE BARBER,

                    Plaintiff(s),

v.                                        Case No. 2:19–cv–13519–NGE–APP
                                                  Hon. Nancy G. Edmunds

CHARTER TOWNSHIP OF
SPRINGFIELD, et al.,

                    Defendant(s),
_____/

### ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

**IT IS ORDERED** that this matter is referred to U.S. Magistrate Judge Anthony P. Patti pursuant to 28 U.S.C. § 636(b)(3), for the following purpose(s):

- **Conduct settlement conference**

                                                        s/Nancy G. Edmunds
                                                        Nancy G. Edmunds
                                                        United States District Judge

### Certificate of Service

I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                                                        s/L. Bartlett
                                                        Case Manager

Dated:   June 21, 2022