UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BLANCHE BARBER,

    Plaintiff,

v.

CHARTER TOWNSHIP OF
SPRINGFIELD, a Municipal Corporation,
CHARTER TOWNSHIP
OF SPRINGFIELD PARKS AND
RECREATION, OAKLAND COUNTY, a
Municipal Corporation, AND
OAKLAND COUNTY PARKS AND
RECREATION COMMISSION,

    Defendants.

Honorable Nancy G. Edmunds
Magistrate Judge Anthony P. Patti
Case 2:19-cv-13519-NGE-APP

---

**STIPULATED ORDER REGARDING BRIEFING SCHEDULE FOR REPLY RELATED TO (1) CHARTER TOWNSHIP OF SPRINGFIELD AND CHARTER TOWNSHIP OF SPRINGFIELD PARKS AND RECREATION'S RENEWED MOTION FOR JUDGMENT ON THE PLEADINGS AND REPLY RELATED TO (2) OAKLAND COUNTY AND OAKLAND COUNTY PARKS AND RECREATION COMMISSION'S MOTION FOR JUDGMENT ON THE PLEADINGS <u>PURSUANT TO FED. R. CIV. P. 12(c)</u>**

This matter having come before the Court upon the stipulation of the Plaintiff Blanche Barber ("Plaintiff"), Charter Township of Springfield and Charter Township of Springfield Parks and Recreation ("Springfield Township Defendants"), and Oakland County and Oakland County Parks and Recreation Commission ("Oakland County Defendants"), through their respective counsel, and

the Court being otherwise fully advised in the premises the parties stipulate as follows:

Springfield Township Defendants have until and including October 28, 2022 to file and serve a reply in support of their Renewed Motion for Judgment on the Pleadings [DE 44].

Oakland County Defendants have until and including October 28, 2022 to file and serve a reply in support of their Motion for Judgment on the Pleadings Pursuant to Fed. R. Civ. P. 12(c) [DE 46].

**IT IS HEREBY ORDERED** that Springfield Township Defendants have until and including October 28, 2022 to file and serve a reply in support of their Motion for Judgment on the Pleadings [DE 44].

**IT IS FURTHER ORDERED** that Oakland County Defendants have until and including October 28, 2022 to file and serve a reply in support of their Motion for Judgment on the Pleadings Pursuant to Fed. R. Civ. P. 12(c) [DE 46].

s/ Nancy G. Edmunds<br>
Honorable Nancy G. Edmunds<br>
U.S. District Court Judge

Dated:  September 15, 2022

*We hereby stipulate to the entry of the foregoing Order*

| | |
|---|---|
| KELLER & AVADENKA, P.C.<br>/s/Ann Marie Pervan (w/consent)<br>Ann Marie Pervan (P45213)<br>2242 S. Telegraph Road, Suite 100<br>Bloomfield Hills, MI 48302<br>(248) 335-9266<br>annmarie@kellerandavadenka.com<br>*Attorney for Plaintiff* | DICKINSON WRIGHT PLLC<br>/s/Scott A. Petz<br>Scott A. Petz (P70757)<br>Alma Sobo (P81177)<br>2600 West Big Beaver Road, Suite 300<br>Troy, MI  48084<br>(248) 433-7200<br>spetz@dickinsonwright.com<br>asobo@dickinsonwright.com<br>*Attorneys for Defendants Oakland County and Oakland County Parks and Recreation Commission*<br><br>PLUNKETT COONEY<br>/s/Audrey J. Forbush (w/consent)<br>Audrey J. Forbush (P41744)<br>Plaza One Financial Center<br>111 E. Court Street – Suite 1B<br>Flint, MI 48502<br>(810) 342-7014<br>aforbush@plunkettcooney.com<br>*Counsel for Defendants Charter Township of Springfield and Charter Township of Springfield Parks and Recreation* |