UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BLANCHE BARBER,

    Plaintiff,

v.

CHARTER TOWNSHIP OF
SPRINGFIELD, a Municipal Corporation,
CHARTER TOWNSHIP
OF SPRINGFIELD PARKS AND
RECREATION, OAKLAND COUNTY, a
Municipal Corporation, AND
OAKLAND COUNTY PARKS AND
RECREATION COMMISSION,

    Defendants.

Honorable Nancy G. Edmunds
Magistrate Judge Anthony P. Patti
Case 2:19-cv-13519-NGE-APP

---

## **STIPULATED ORDER OF DISMISSAL**

This matter having come before the Court upon the stipulation of the Plaintiff Blanche Barber ("Plaintiff"), Charter Township of Springfield and Charter Township of Springfield Parks and Recreation ("Springfield Township Defendants"), and Oakland County and Oakland County Parks and Recreation Commission ("Oakland County Defendants"), through their respective counsel, and the Court being otherwise fully advised in the premises, Plaintiff's case is dismissed without prejudice.

**IT IS HEREBY ORDERED** that this case is dismissed without prejudice.

s/ Nancy G. Edmunds  
Honorable Nancy G. Edmunds  
U.S. District Court Judge

Dated:  October 11, 2022

*We hereby stipulate to the entry of the foregoing Order*

| KELLER & AVADENKA, P.C. | DICKINSON WRIGHT PLLC |
|---|---|
| /s/ Ann Marie Pervan (w/consent) | /s/ Scott A. Petz |
| Ann Marie Pervan (P45213) | Scott A. Petz (P70757) |
| 2242 S. Telegraph Road, Suite 100 | Alma Sobo (P81177) |
| Bloomfield Hills, MI 48302 | 2600 West Big Beaver Road, Suite 300 |
| (248) 335-9266 | Troy, MI  48084 |
| annmarie@kellerandavadenka.com | (248) 433-7200 |
| *Attorney for Plaintiff* | spetz@dickinsonwright.com |
|  | asobo@dickinsonwright.com |
|  | *Attorneys for Defendants Oakland County and Oakland County Parks and Recreation Commission* |

PLUNKETT COONEY
/s/ Audrey J. Forbush (w/consent)
Audrey J. Forbush (P41744)
Plaza One Financial Center
111 E. Court Street – Suite 1B
Flint, MI 48502
(810) 342-7014
aforbush@plunkettcooney.com
*Counsel for Defendants Charter Township of Springfield and Charter Township of Springfield Parks and Recreation*